UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.

EDWARD KELLEY, and
AUSTIN CARTER

Case No. 3:22-MJ-2228

## MOTION TO SEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, moves to seal all documents related to the above-captioned case. The United States submits that this matter is part of an ongoing investigation. The premature disclosure of the contents of these documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.

Accordingly, the United States moves the court to seal the Arrest Warrants, Complaint, Affidavit in Support of Criminal Complaint, this Motion to Seal, and Sealing Order in the above-captioned case number for a period of 30 days, unless such period is shortened or lengthened by further Order of the Court.

Respectfully submitted on December 15, 2022.

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: Casey T. Arrowood
Assistant United States Attorney
TN BPR No. 038225
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167
Casey.Arrowood2@usdoj.gov