UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 3:22-MJ-2228 |
| EDWARD KELLEY, and AUSTIN CARTER | |

### SEALING ORDER

Upon motion of the United States of America and for good cause shown,

IT IS ORDERED that the Clerk of Court shall seal both the Application and this Order, together with all motions, affidavits and other filings relative to this matter, and that all such items shall remain under seal for a period of 10 days, unless such period is shortened or lengthened by further Order of this Court

Entered on December 15, 2022.

_____
Hon. Jill E. McCook
United States Magistrate Judge