AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee


FILED
DEC 19 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

United States of America
v.
Austin Carter

Defendant

Case No. 3:22-MJ-2228

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Austin Carter,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of 18 U.S.C. §§ 371 (Conspiracy), 115 (Retaliating Against a Federal Official), 875(c) (Interstate Threats), and 373 (Solicitation to Commit a Crime of Violence)

Date: 12/15/2022

*Issuing officer's signature*

City and state: Knoxville, Tennessee

Hon. Jill E. McCook, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) 15 Dec 2022, and the person was arrested on (date) 15 Dec 2022
at (city and state) Alcoa, Tennessee.

Date: 16 Dec 2022

*Arresting officer's signature*

Special Agent Anthony Aaney
*Printed name and title*