# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3A

**Case #:** 3:22-mj-2228  **Date:** December 21, 2022

United States of America **vs.** Austin Carter

**Present before:** Honorable Jill E. McCook, United States Magistrate Judge

| Mallory Dahl | ECRO | Michelle Gensheimer |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Law Clerk** |

| Casey Arrowood | | Joshua Hedrick |
|---|---|---|
| **Asst. U.S. Atty** | **U.S. Probation Officer** | **Attorney(s) for Defendant(s)** |

**Proceedings:** Parties present for a ☐ preliminary hearing ☑ detention hearing. Hearing held.

- ☑ Defendant sworn.
- ☐ Parties agreed to conditions of release.
- ☑ Government requested detention of the defendant and arguments heard.
- ☐ Exhibits marked and admitted.
- ☑ Witnesses sworn and testimony heard: Destiny Carter (Defendant's Witness)

**Court Findings:**

- ☐ Court found that there are conditions on which the defendant could be released pending further proceedings. Defendant agreed to conditions. Order Setting conditions of release to enter.
- ☑ Court found that there are no conditions on which the defendant can be released at this time and remanded the defendant to custody pending further proceedings.
- ☐ Court set an additional hearing and remanded the defendant to custody pending that hearing.
- ☐ Court took matter under advisement. Order to enter.

**Dates set at this hearing:**

☐ **Hearing to continue:**
☐ **Other Hearing:**

☑ Defendant remanded to custody.  ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 11:00 a.m. **to** 12:30 pm

⦿ I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 322mj2228 _ 122122 _

Case 3:22-cr-00118-TAV-JEM  Document 16  Filed 12/21/22  Page 1 of 1  PageID #: 25