

FILED

DEC 2 1 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.

EDWARD KELLEY, and
AUSTIN CARTER

Case No. 3:22-CR- 118

Judges Varlan / Poplin

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Conspiracy to Murder Employees of the United States)

1.      From a date unknown to the Grand Jury, but at least from on or about December 3, 2022, to on or about December 15, 2022, within the Eastern District of Tennessee and elsewhere, the defendants, EDWARD KELLEY and AUSTIN CARTER, knowingly and intentionally combined, conspired, confederated and agreed together and with each other to murder officers and employees of the United States, to wit, employees of the Federal Bureau of Investigation, while such officers and employees were engaged in, and on account of the performance of, official duties, in violation of Title 18, United States Code, Section 1114.

2.      In furtherance of the conspiracy and to effect its objects, within the Eastern District of Tennessee and elsewhere, the defendants, EDWARD KELLEY and AUSTIN CARTER, did commit and cause to be committed, among others the following overt acts:

        a.      On or about December 3, 2022, KELLEY, CARTER, and a cooperating witness ("CW") discussed collecting information and plans to kill FBI employees.

        b.      On or about December 13, 2022, CARTER provided the CW with a list of FBI employees that CARTER received from KELLEY.

c.  On or about December 13, 2022, CARTER instructed the CW to memorize the FBI employees identified on the list and then burn the list.

d.  On or about December 14, 2022, KELLEY asked the CW if KELLEY could store firearms and ammunition at the CW's residence.

e.  On or about December 14, 2022, KELLEY and CARTER discussed plans to attack the FBI Field Office in Knoxville, Tennessee.

In violation of Title 18, United States Code, Section 1117.

## COUNT TWO
### (Solicitation to Commit a Crime of Violence)

3.  From on or about December 3, 2022, to on or about December 15, 2022, within the Eastern District of Tennessee and elsewhere, the defendant, EDWARD KELLEY, with the intent that one or more persons engage in conduct constituting a felony that has as an element the use, attempted use and threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, and endeavor to persuade such other persons to engage in such conduct, that is to murder an officer and employee of the United States in violation of Title 18, United States Code, Section 1114.

In violation of Title 18, United States Code, Section 373.

## COUNT THREE
### (Influencing Federal Official by Threat)

4.  On or about December 14, 2022, within the Eastern District of Tennessee and elsewhere, the defendant, EDWARD KELLEY, did threaten to assault and murder Federal law enforcement officers, with intent to impede, intimidate, and interfere with Federal law enforcement officers while engaged in the performance of official duties, and with the intent to

2

retaliate against such Federal law enforcement officers on account of the performance of official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL:

**SIGNATURE REDACTED**

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

Casey T. Arrowood
Assistant U.S. Attorney