# CRIMINAL CASE COVER SHEET

| By: | ☑ INDICTMENT  ☐ SUPERSEDING Case Number: _____ |
|---|---|
| | ☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)* |
| | ☐ RULE 20 |

USA v. **AUSTIN CARTER**

☑ Felony  ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)*  ☐ Petty Offense

                                                                                  Immigration Cases
☐ Defendant is being added to existing criminal case   ☐ Zone A   ☐ Zone B
☐ Charges/Counts Added

Name of Assigned AUSA: **Casey T. Arrowood**

Matter Sealed: ☐ YES   ☑ NO     Place of Offense: **Blount County TN**

☐ Interpreter Required   Language: _____

Issue: ☐ WARRANT   ☐ SUMMONS   ☑ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☑ FBI ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☑ Criminal Complaint Filed     Case Number: **3:22-MJ-2228**

☐ Defendant on Supervised Release   Case Number: _____

Related Case/Attorney:

Case Number _____ Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): **Joshua Hedrick**

    ☐ Federal Defender   ☑ CJA   ☐ Retained

Appointed by Target Letter   Case Number: _____
Appointed in Pending Indictment   Case Number: _____

CHARGES: Total # of Counts for this Defendant _____

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 1117 | Conspiracy to Murder Employees of the United States | | | |
| 2 | 18 U.S.C. § 373 | Solicitation to Commit a Crime of Violence | | | |
| 3 | 18 U.S.C. § 115(a)(1)(B) | Influencing Federal Official by Threat | | | |

(Attach additional page, if needed)

Attorney Signature _____