UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:22-cr-118 |
| v. ) | |
| EDWARD KELLEY and AUSTIN CARTER, ) | |

**ORDER**

Pursuant to 28 U.S.C. § 137, it is hereby **ORDERED** that the above referenced defendants are **REASSIGNED** to the Honorable Jill E. McCook, United States Magistrate Judge, to handle any matters routinely considered by a magistrate judge pursuant to 28 U.S.C. § 636(b) and the Rules of this Court.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**