# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Docket No. 3:22-CR-118 |
| ) | |
| **AUSTIN CARTER**, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION TO EXTEND MOTION DEADLINE

COMES NOW THE DEFENDANT, Austin Carter, and moves this Honorable Court for an order extending the current motion deadline in this case. In support of this motion, Mr. Carter would show this Honorable Court as follows:

1. Following a motion to continue and reset deadlines filed by Mr. Carter on August 29, 2023, this court entered a scheduling order [Doc. 34]. This order set September 22, 2023 as the deadline for filing pretrial motions.

2. Since the entry of that order, the Government has provided an additional discovery supplement containing several hundred pages of documents. Defense counsel is continuing his efforts to access and review the device downloads previously provided, in addition to the newly produced supplement.

3. Although the work is being addressed diligently, the additional information and the complexity of the issues relating to accessing the data provided means that additional time is necessary for defense counsel to review the supplemental discovery in this case.

4. This review is further complicated by Mr. Carter being housed in Kentucky, making meetings between counsel and his client more complicated to schedule and arrange.

5. Decisions relating whether to file or what type of motions to file cannot be made until the review of discovery is completed. For this reason Mr. Carter urges this Honorable

- 1 -

Case 3:22-cr-00118-TAV-JEM   Document 35   Filed 09/21/23   Page 1 of 2   PageID #: 77

Court to extend the motion deadline to allow counsel time to thoroughly review the discovery.

6. Mr. Carter seeks an additional sixty days for the deadline to file pretrial motions.

7. Counsel for Mr. Carter has discussed this motion with counsel for the co-defendant, Edward Kelley, and can represent to the Court that Mr. Kelley does not oppose this motion.

8. Counsel for Mr. Carter has discussed this motion with the Government and can represent to the Court that it does not object to the requested continuance.

WHEREFORE, premises considered, Mr. Carter prays that this Honorable Court enter an order extending the deadline for the filing of pretrial motions by sixty days.

Respectfully submitted this the 21st day of September, 2023,

Joshua D. Hedrick,
*BPR # 025444*
Whitt, Cooper, Hedrick & Wojcik
607 Market St.
Suite 1100
Knoxville, TN 37902
(865) 524-8106

Attorney for Mr. Carter

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2023, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular US Mail. Parties may access this filing through the Court's electronic filing system.

Joshua D. Hedrick,
Attorney for Mr. Carter