

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case No: 3:22-CR-118　　　　　　　　　　　　　　Date:　January 22, 2024

United States of America　　vs.　　Austin Carter

**PROCEEDINGS: Change of Plea.** The defendant was sworn and advised of their constitutional rights and of the penalties of the offense charged.

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

| Julie Norwood | Terri Grandchamp | Scott Queener |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Casey Arrowood | | Joshua Hedrick |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- Defendant waives reading of Indictment
- Defendant Pleads guilty to count(s) 1
- Referred for Presentence Investigative Report.

DATE SET:　**Sentencing:** May 23, 2024 @ 2:00 p.m.
　　　　　　　**Before** the Honorable Thomas A. Varlan, United States District Judge

- The defendant to remain in the custody of the U.S. Marshal

1:30 p.m. to 1:45 p.m.